FILED

**Feb 23, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

# Exhibit C

First Amended Complaint (under seal)
*United States ex rel. Widen v. Horne International, Inc., et al.*

Case 2:22-cv-01993-JAM-AC   Document 11-4   Filed 02/23/24   Page 2 of 3

LinkedIn [linkedin.com]  |  Twitter [twitter.com]  |  Blogs [horne-llp.com]  |  YouTube [youtube.com]

---

**From:** Christine Waldron
**Sent:** Monday, December 20, 2021 12:28 PM
**To:** Gallagher, Sandra@HCD <Sandra.Gallagher@hcd.ca.gov>
**Subject:** 463954

Hello Sandra,

Can you review your magical resources to determine if this LL is living at the home? Something "off" about this file that I want to verify through your resources.

Let me know if you have any questions!

Thank you,

**CHRISTINE WALDRON, CFE**

Manager, Government Services | **HORNE LLP**

D: 516-528-1427 | M: 516-456-3152

500 Bi-County Boulevard, Suite 300, Farmingdale, NY 11735

Online at www.hornellp.com [hornellp.com]

LinkedIn [linkedin.com]  |  Twitter [twitter.com]  |  Blogs [horne-llp.com]  |  YouTube [youtube.com]

Reply to All

Case 2:22-cv-01993-JAM-AC    Document 11-4    Filed 02/23/24    Page 3 of 3

**From:** Christine Waldron
<Christine.Waldron@hornellp.com>
**Sent:** Monday, December 20, 2021 9:59 AM
**To:** Blevins, Lorrie @HCD <Lorrie.Blevins@hcd.ca.gov>
**Subject:** FW: 463954

Hello Lorrie,

In Sandra's absence, can you have someone review this Landlord's info in the tools you have available? Our Westlaw training is today so we don't have immediate access and this person has been lighting up my email.

Appreciate your assistance as always!

Thank you,

**CHRISTINE WALDRON, CFE**

Manager, Government Services | **HORNE LLP**

D: 516-528-1427 | M: 516-456-3152

500 Bi-County Boulevard, Suite 300, Farmingdale, NY 11735

Online at www.hornellp.com [hornellp.com]

LinkedIn [linkedin.com] | Twitter [twitter.com] | Blogs [horne-llp.com] | YouTube [youtube.com]

---

**From:** Christine Waldron
**Sent:** Monday, December 20, 2021 12:28 PM

Reply to All