# Exhibit A

First Amended Complaint (under seal)
*United States ex rel. Widen v. Horne International, Inc., et al.*

**EXHIBIT A**

**AUTHORITY, PURPOSE AND SCOPE OF WORK**

**1.    Authority**

On December 27, 2020, the Consolidated Appropriations Act, 2021 (Pub.L. No. 116-260) (the "**Act**") was signed into law. Section 501 of Division N of the Act established the federal Emergency Rental Assistance Program ("**ERAP**"), and authorized the direct allocation of emergency rental assistance funds to states, units of local governments, tribal communities, and territories. The ERAP funds are intended to assist households that are unable to pay rent and utilities due to the novel coronavirus disease (COVID-19) pandemic.

California Senate Bill No. 91 (2021-2022 Reg. Sess.) ("**SB 91**") established the State of California's program for administering its share of ERAP funds (the "**State Rental Assistance Program**," "**SRAP**," or "**State Rental Assistance Funds**"). SB 91 added Chapter 17 (commencing with Section 50897) to Part 2 of Division 31 of the Health and Safety Code. Health and Safety Code section 50897.1, subdivision (a)(1) authorizes the Department of Housing and Community Development (the "**Department**") to administer the State Rental Assistance Funds in accordance with state and federal law.

The Department and the _____ ("**Locality**") enter into this STD 213, Standard Agreement ("**Agreement**") under the authority and in furtherance of the State Rental Assistance Program.

This Agreement is governed by the following laws (collectively, the "**Program Requirements**"), and each of the following laws is hereby incorporated by reference and made a part hereof:

A. SB 91 as enacted on January 29, 2021, and as such law may be subsequently amended;

B. The Act and related federal guidance, and as such laws may be subsequently amended; and

C. All other applicable law.

**2.    Purpose**

The State Rental Assistance Program is an extension of the ERAP, and, as such, it is intended to provide Rental Assistance (as defined below) to eligible households.

State Rental Assistance Program
Locality Allocation-State Administration (Option A)
Locality: Locality
Approved: 2/25/2021
Prep Date: XX/XX/21

**EXHIBIT A**

Locality received an allocation of ERAP funds from the U.S. Department of the Treasury ("**Treasury**"), pursuant to Section 501 of Division N of the Act, in the amount of _____ (this amount, the Locality's "**Direct Federal Allocation**").

Locality will also be allocated a share of State Rental Assistance Funds pursuant to Health and Safety Code section 50897.2, subdivision (a)(3) (this amount, the Locality's "**Proportionate SRAP Share**"). The Department will administer the Locality's Proportionate SRAP Share pursuant to Health and Safety Code section 50897.3.

To promote the efficient disbursement of funds under both the ERAP and the SRAP, the Locality wishes to redirect its Direct Federal Allocation to the Department so that the Department will administer the Locality's Direct Federal Allocation and the Locality's Proportionate SRAP Share (collectively, the Locality's "**Total Rental Assistance Funds**") pursuant to Health and Safety Code section 50897.3, subdivision (b)(3).

By entering into this Agreement, the Locality agrees to comply with the Program Requirements and the terms and conditions of this Agreement.

3.  **Definitions**

    Any terms that are not defined below shall have the definitions set forth in SB 91 or the Act. In the event of any conflict, the definitions set forth in the Act shall be controlling.

    A.  **"Department"** means the Department of Housing and Community Development and, where indicated by context, the Program Implementer that is providing support to the Department as authorized by Health and Safety Code section 50897.3, subdivision (a).

    B.  **"Program Implementer"** means the vendor, or combination of vendors, that is managing and funding services, and distributing Rental Assistance, on the Department's behalf pursuant to a Department-approved contract, as authorized by Health and Safety Code section 50897.3, subdivision (a).

    C.  **"Rental Assistance"** means rent; rental arrears; lessees' utilities and home energy costs; lessees' utilities and home energy costs arrears; and other lessee expenses related to housing incurred, directly or indirectly, due to the COVID-19 pandemic.

State Rental Assistance Program
Locality Allocation-State Administration (Option A)
Locality: Locality
Approved: 2/25/2021
Prep Date: XX/XX/21

**EXHIBIT A**

4.      <u>**Scope of Work**</u>

A.  **Locality's Requirements.** Locality shall provide the Department with documentation of any Rental Assistance it has already distributed pursuant to the Act, the Coronavirus Aid, Relief, and Economic Security ("**CARES**") Act, or any other federal funds. Such documentation shall be submitted in a form that is reasonably satisfactory to the Department within ten (10) days of executing this Agreement.

B.  Where the Locality maintains a rental housing registry, or substantially equivalent record, the Locality shall provide the Department with a current and complete copy of that registry or substantially equivalent record within ten (10) days of executing this Agreement.

Locality shall, to the greatest extent practicable, support the Department's processes to prevent fraud and duplication of benefits. Locality shall immediately notify the Department, in writing, upon its discovery of actual or apparent fraud or duplication of benefits in the Department's distribution of the Locality's Total Rental Assistance Funds.

Locality shall comply with all Program Requirements.

C.  **Department's Administration of the Locality's Direct Federal Allocation.** The Department shall administer the Locality's Direct Federal Allocation in accordance with the Act, all related federal guidance, and all amendments thereto.

The Department shall distribute the Locality's Direct Federal Allocation equitably and consistent with demonstrated need within the Locality. The Department shall be responsible for compliance with all applicable management, implementation, data privacy and security, and reporting requirements established under federal law for the ERAP.

The Department shall track its expenditures of the Locality's Direct Federal Allocation and maintain a clear accounting of same.

The Department shall make its best efforts to obligate at least 65 percent of the Locality's Direct Federal Allocation by **September 29, 2021** to avoid the federal reallocation of unused funds pursuant to Section 501(d) of Division N of the Act.

As required under SB 91, the Department shall submit monthly reports to the Joint Legislative Budget Committee regarding its administration of the Locality's Direct

**EXHIBIT A**

Federal Allocation. The Department shall submit copies of those reports to the Locality.

In accordance with Government Code section 8546.4, subdivision (d), the Department shall be responsible for arranging for federally required financial and compliance audits, and for making all required state notifications.

**D. Department's Administration of the Locality's Proportionate SRAP Share.** The Department shall administer the Locality's Proportionate SRAP Share in accordance with SB 91, the Act, all related state and federal guidelines and guidance, and all amendments thereto.

The Department shall track its expenditures of the Locality's Proportionate SRAP Share and maintain a clear accounting of same.

**5.    State Rental Assistance Program – Contract Management**

**A. Department's Contract Coordinator.** The Department's Contract Coordinator for this Agreement is the Program Manager of the State Rental Assistance Program in the Department's Division of Federal Financial Assistance, or that person's designee. Locality shall mail any notice, report, or other communication required under this Agreement by First-Class Mail, or through a commercial courier, to the Department's Contract Coordinator at the mailing address specified below. All other communication regarding this Agreement shall be directed to the Department's Contract Coordinator as appropriate.

State Rental Assistance Program
Attention: Contract Coordinator
Division of Federal Financial Assistance
Department of Housing and Community Development
2020 W. El Camino Avenue, 95833
P.O. Box 952054
Sacramento, CA  94252-2054
Tel: (916) 271-1035
E-Mail: steven.pieri@hcd.ca.gov
or
erap@hcd.ca.gov

**B. Locality's Contract Coordinator.** Locality's Contract Coordinator for this Agreement is identified below. Unless otherwise informed, the Department shall mail any notice, report, or other communication required under this Agreement by First-

State Rental Assistance Program
Locality Allocation-State Administration (Option A)
Locality: Locality
Approved: 2/25/2021
Prep Date: XX/XX/21

**EXHIBIT A**

Class Mail, or through a commercial courier, to the Locality's Contract Coordinator at the mailing address specified below. The Department will direct all other communication regarding this Agreement to the Locality's Contract Coordinator as appropriate.

[Insert Name and Title of the Locality's Contract Coordinator]

[Insert Business Mailing Address, Telephone Number, and E-Mail Address of the Locality's Contract Coordinator]