# Exhibit D

First Amended Complaint (under seal)
*United States ex rel. Widen v. Horne International, Inc., et al.*

| Date | Tenant Case ID | Findings |
|---|---|---|
| 11/10/2021 | 682▮ | 1.Landlord username is "▮▮▮▮▮▮▮" instead of the landlord applicant name of ▮▮▮▮▮ ▮. 2. Data download from Data Tree shows property was sold by ▮▮▮▮▮▮▮ ▮ to ▮▮▮▮ and co-owner ▮▮▮▮▮▮ on ▮/2020. LL applicant was not an owner of record during 4/▮/2020 - 7/▮/2020 portion of rental assistance requested period. 3. Both Data Tree and Zillow list a home construction circa 2019 – 2020, inconsistent with the lease start date for Tenant ▮▮▮ of ▮/2018. This is also inconsistent with associated "duplicate" status "▮" tenant case ▮▮▮ for the same rental property with a lease start date of ▮/2018. 4. The first half of the IP addresses for the Tenant and the landlord are the same and applications were submitted within 56 hours of each other. Associated tenant submitted case ▮▮▮ for ▮ at the same rental property adrress shows similar issue. 5. Rental lease at $4,000 per month is above Zillow estimated rent of $3,200. Total rent for the property during April 2020 – November 2021 listed in application information for case ▮▮▮▮▮ along with "duplicate" status case ▮▮ ▮▮▮ of $7,200 is far above Zillow rent estimate for the property. Potentially adding a third rental amount for incomplete "▮▮" tenant application would further make the rent for the rental property significantly out of the Zillow property rental market estimate. 6. Multiple document inconsistencies in 3-Day Notice to Pay Rent or Quit, W-9, landlord application, lease, EDD notice and naming of electronic files. |
| 11/16/2021 | 641▮ | 1.The first half of the IP address is the same for both applications and both were completed by the same email address within an hour of each other. 2. Tenant CADL photo ID is invalid and does not list rental property address although shown issued during tenancy period. Landlord CADL photo ID irregularly provided by tenant. 3. Irregular lease and rent ledger. Lease does not specify first month free as is specified in the rent ledger. Property address incomplete and irregular format in lease. Tenant signature in lease does not match invalid CADL provided. Both documents irregularly formatted, including "Exhibit D" label for rent ledger and irregular capitalization in both documents. 4. Tenant 2020 tax form 1040 is unsigned and has irregular zip code. 5. Household size inconsistently represented: Application and tax form 1040 lists tenant and husband, but lease states "tenant, husband, mother or father". |
| 11/30/2021 | 547▮ | 1.According to Data Tree, listed owner and previous owner is neither ▮▮▮▮ per "opt out" landlord email document provided, nor ▮▮▮▮▮▮ per provided lease document. 2. ▮▮▮▮▮▮▮ listed as landlord on lease, but that business name is not a valid LLC per Secretary of State website. 3. Property sold in June 2021, during lease and rental assistance period. 4. Address given for landlord on lease agreement is invalid per Data Tree and Zillow. 5. There is neither a formatted electronic signature nor a handwritten signature for the landlord on any submitted documentation. 6. There are irregularities and inconsistencies in the lease. 7. There are numerous tax documentation irregularities. 8. Irregular request for 21 months of rent. |