JULIAN L. ANDRE (SBN 251120)
jandre@mcdermottlaw.com
**McDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:   (310) 277-4110
Facsimile:   (310) 277-4730

ASSERET FRAUSTO (SBN 332023)
afrausto@mcdermottlaw.com
**McDERMOTT WILL & SCHULTE LLP**
200 Clarendon Street, Floor 58
Boston, MA 02116
Telephone:   (617) 535-4000
Facsimile:   (617) 535-3800

*Former Attorneys for Defendant BDO GOVERNMENT
SERVICES, LLC f/k/a HORNE LLP*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel*. HEATHER WIDEN,<br><br>Plaintiff,<br><br>vs.<br><br>BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP, *et al*.,<br><br>Defendants. | Case No. 2:22-cv-01893-JAM-AC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP**<br>The Honorable John A. Mendez |

Upon consideration of the filed Motion to Withdraw as Counsel for Defendant BDO Government Services, LLC f/k/a Horne LLP ("Motion"), it is hereby:

ORDERED that the Motion is **GRANTED**. Attorneys Asseret Frausto and Julian L. André of McDermott Will and Schulte LLP are hereby **WITHDRAWN** as counsel of record in this matter.

Dated: February 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1