ROB BONTA
Attorney General of California
AUSTIN CATTERMOLE
Supervising Deputy Attorney General
ARIEL VENTO
Deputy Attorney General
State Bar No. 311070
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 879-3940
E-mail:  Ariel.Vento@doj.ca.gov
*Attorneys for Defendants Geoffrey Ross,*
*Lorrie Blevins, and Sandra Gallagher*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER WIDEN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP, GEOFFREY ROSS, LORRIE BLEVINS, SANDRA GALLAGHER, and DOES 1-20,**<br><br>Defendants. | Case No. 2:22-cv-1893-JAM-AC<br><br>**DEFENDANTS GEOFFREY ROSS, LORRIE BLEVINS, AND SANDRA GALLAGHER'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:  Honorable John. A. Mendez<br>Trial Date:  None Set<br>Action Filed:  October 24, 2022 |

Defendants Geoffrey Ross, Lorrie Blevins, and Sandra Gallagher (collectively the

"Individual Defendants") answer *qui tam* Plaintiff-Relator Heather Widen's ("Plaintiff") Second

Amended Complaint ("SAC") as follows:

Pursuant to the provisions of Rule 8(b) of the Federal Rules of Civil Procedure, the

Individual Defendants deny each allegation in Plaintiff's SAC, except those allegations expressly

admitted below. Allegations not expressly admitted are denied.

///

///

1

**INTRODUCTION AND OVERVIEW OF THE FRAUD**

1.      In answer to paragraph 1, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

2.      In answer to paragraph 2, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

3.      In answer to paragraph 3, the Individual Defendants admit that Horne International, Inc. and/or Horne LLP (collectively "Horne") administered rental assistance programs. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

4.      In answer to paragraph 4, the Individual Defendants admit that Horne International, Inc. and/or Horne LLP administered rental assistance programs. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

5.      In answer to paragraph 5, the Individual Defendants admit that Congress and the State of California enacted the Emergency Rental Assistance Program ("ERAP"). The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they

2

are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

6. In answer to paragraph 6, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

7. In answer to paragraph 7, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

8. In answer to paragraph 8, the Individual Defendants admit that Plaintiff was a former employee of HCD and that some of her duties as a Housing and Community Development Representative II involved working on ERAP. The Individual Defendants further admit that Plaintiff was rejected during probation and is no longer employed by HCD. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

///

///

///

3

**JURISDICTION AND VENUE**

9.      In answer to paragraph 9, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants also deny that Plaintiff stated a valid claim against them. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

10.      In answer to paragraph 10, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants also deny that Plaintiff stated a valid claim against them. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

11.      In answer to paragraph 11, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants also deny that Plaintiff stated a valid claim against them. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**PARTIES**

12.      In answer to paragraph 12, the Individual Defendants admit that Plaintiff was a former employee of HCD and that some of her duties as a Housing and Community Development Representative II involved working on ERAP. The Individual Defendants further admit that Plaintiff was rejected during probation and is no longer employed by HCD. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that

4

said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

13.    In answer to paragraph 13, the Individual Defendants admit that—upon information and belief—Horne LLP is affiliated with Horne International, Inc. and is headquartered in Ridgeland, Mississippi. The Individual Defendants further admit that Horne has an office in Sacramento, California. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

14.    In answer to paragraph 14, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

15.    In answer to paragraph 15, the Individual Defendants admit that on November 1, 2025, Horne was acquired by BDO USA and BDO Government Services, LLC. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and

knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

16.    In answer to paragraph 16, the Individual Defendants admit that Gallagher is a Staff Services Manager I at HCD. The Individual Defendants further admit that Plaintiff reported to Gallagher who, in turn, reported to Blevins and that Blevins reported to Ross. The Individual Defendants also admit that Plaintiff was placed on administrative time-off and subsequently rejected during probation in 2022. The Individual Defendants deny that they violated any applicable law. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

17.    In answer to paragraph 17, the Individual Defendants admit that Blevins is a Section Chief at HCD. The Individual Defendants further admit that Plaintiff reported to Gallagher who, in turn, reported to Blevins and that Blevins reported to Ross. The Individual Defendants also admit that Plaintiff was placed on administrative time-off and subsequently rejected during probation in 2022. The Individual Defendants deny that they violated any applicable law. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

18.    In answer to paragraph 18, the Individual Defendants admit that Geoffrey Ross ("Ross") is the Director of Federal and State Programs at BDO General Services, LLC (formerly Horne) and that prior to joining BDO General Services, LLC (formerly Horne), he was a Deputy Director at HCD. The Individual Defendants further admit that Plaintiff reported to Sandra

6

Gallagher ("Gallagher") who, in turn, reported to Lorrie Blevins ("Blevins") and that Blevins reported to Ross. The Individual Defendants also admit that Plaintiff was placed on administrative time-off and subsequently rejected during probation in 2022, based, in part, on observations and information obtained by the Individual Defendants. The Individual Defendants deny that they violated any applicable law. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

19.    In answer to paragraph 19, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

### APPLICABLE FEDERAL AND STATE LAW

**Emergency Rental Assistance Program**

20.    In answer to paragraph 20, the Individual Defendants admit that two funding rounds for ERAP were established by Congress: the first was authorized by the Consolidated Appropriations Act of 2021 and the second by the American Rescue Plan Act of 2021. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

21.    In answer to paragraph 21, the Individual Defendants admit that two funding rounds for ERAP were established by Congress: the first was authorized by the Consolidated

Appropriations Act of 2021 and the second by the American Rescue Plan Act of 2021. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

22.    In answer to paragraph 22, the Individual Defendants admit that two funding rounds for ERAP were established by Congress: the first was authorized by the Consolidated Appropriations Act of 2021 and the second by the American Rescue Plan Act of 2021. The Individual Defendants further admit that HCD administered a program during the COVID-19 pandemic intended to help stabilize households at risk of eviction and homelessness: the California COVID-19 Rent Relief Program or ERAP. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

23.    In answer to paragraph 23, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

24.    In answer to paragraph 24, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or

8

documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

25.     In answer to paragraph 25, the Individual Defendants admit that the State of California received ERAP funding and that the California State Legislature enacted Senate Bill 91 into law on or about January 2021. The Individual Defendants further admit that HCD administered a program during the COVID-19 pandemic intended to help stabilize households at risk of eviction and homelessness: the California COVID-19 Rent Relief Program or ERAP. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

26.     In answer to paragraph 26, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

27.     In answer to paragraph 27, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the

9

remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

28.	In answer to paragraph 28, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

29.	In answer to paragraph 29, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

30.	In answer to paragraph 30, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

31.	In answer to paragraph 31, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the

10

remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

32. In answer to paragraph 32, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein

**False Claims Act**

33. In answer to paragraph 33, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

34. In answer to paragraph 34, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**HORNE'S REPRESENTATIONS AND CONTRACTUAL REQUIREMENTS**

35. In answer to paragraph 35, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this

11

paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

36. In answer to paragraph 36, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Horne's Response to Request for Proposal and Bid**

37. In answer to paragraph 37, the Individual Defendants admit that Horne submitted a response to a Request for Proposal which HCD considered as part of the standard bid process. The Individual Defendants further admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

38. In answer to paragraph 38, the Individual Defendants admit that Horne submitted a response to a Request for Proposal which HCD considered as part of the standard bid process.

The Individual Defendants further admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Horne's Contracts and Amendments**

39.    In answer to paragraph 39, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

40.    In answer to paragraph 40, Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

13

41. In answer to paragraph 41, Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

42. In answer to paragraph 42, Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## HORNE'S FRAUDULENT PRACTICES

43. In answer to paragraph 43, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

44. In answer to paragraph 44, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or

14

documents speak for themselves. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

45.    In answer to paragraph 45, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

46.    In answer to paragraph 46, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

47.    In answer to paragraph 47, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither

15

admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

48. In answer to paragraph 48, the Individual Defendants admit that Horne submitted a response to a Request for Proposal which HCD considered as part of the standard bid process. The Individual Defendants further admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Horne's Fraudulent Non-Compliance**

49. In answer to paragraph 49, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Horne failed to acquire necessary fraud prevention resources.**

50. In answer to paragraph 50, the Individual Defendants admit that Horne employees met with HCD staff on several occasions to discuss matters pertaining to the operative contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they

16

are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

51.    In answer to paragraph 51, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

52.    In answer to paragraph 52, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Horne's inadequate process resulted in fraudulent ERAP application approvals and pay outs.**

53.    In answer to paragraph 53, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

54.    In answer to paragraph 54, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the

17

remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

55.    In answer to paragraph 55, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

56.    In answer to paragraph 56, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

57.    In answer to paragraph 57, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

58.    In answer to paragraph 58, the Individual Defendants admit that Plaintiff was a former employee of HCD and that some of her duties as a Housing and Community Development Representative II involved working on ERAP. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not

18

statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Examples of Fraudulent Applications Paid by Horne.**

59.    In answer to paragraph 59, the Individual Defendants admit that Plaintiff was a former employee of HCD and that some of her duties as a Housing and Community Development Representative II involved working on ERAP. The Individual Defendants admit that Plaintiff discussed ERAP applications with HCD staff. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

60.    In answer to paragraph 60, the Individual Defendants admit that Plaintiff was a former employee of HCD and that some of her duties as a Housing and Community Development Representative II involved working on ERAP. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Defendants have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

61.    In answer to paragraph 61, the Individual Defendants admit that other HCD staff also reviewed ERAP files. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

62.    In answer to paragraph 62, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of

19

fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

63.    In answer to paragraph 63, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

64.    In answer to paragraph 64, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

65.    In answer to paragraph 65, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

66.    In answer to paragraph 66, the Individual Defendants admit that Plaintiff was a former employee of HCD and that some of her duties as a Housing and Community Development Representative II involved working on ERAP. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or

20

documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

67.     In answer to paragraph 67, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

68.     In answer to paragraph 68, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

69.     In answer to paragraph 69, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

21

**Confidential Witnesses Confirm Relator's Allegations**

70.    In answer to paragraph 70, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

71.    In answer to paragraph 71, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

72.    In answer to paragraph 72, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

73.    In answer to paragraph 73, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

74.    In answer to paragraph 74, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

75. In answer to paragraph 75, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

76. In answer to paragraph 76, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

77. In answer to paragraph 77, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

78. In answer to paragraph 78, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

79. In answer to paragraph 79, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

80. In answer to paragraph 80, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the

23

remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Losses to the Government and Payment to Horne**

81. In answer to paragraph 81, the Individual Defendants admit that Horne employees met with HCD staff on several occasions to discuss matters pertaining to the operative contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

82. In answer to paragraph 82, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

83. In answer to paragraph 83, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and

knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

84.     In answer to paragraph 84, the Individual Defendants admit that the State of California, by and through HCD, entered into a contract with Horne by which Horne received payment in exchange for services provided pursuant to the contract. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## EMPLOYMENT ALLEGATIONS

85.     In answer to paragraph 85, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

86.     In answer to paragraph 86, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

87. In answer to paragraph 87, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

88. In answer to paragraph 88, the Individual Defendants admit that Plaintiff was trained on her duties as a Housing and Community Development Representative II and asked and/or expected to perform said duties. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

89. In answer to paragraph 89, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

90.    In answer to paragraph 90, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

91.    In answer to paragraph 91, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

92.    In answer to paragraph 92, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

93.    In answer to paragraph 93, the Individual Defendants admit that Rebecca Herzog was an HCD employee in the Human Resources Department. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said

27

document and/or documents speak for themselves. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

94.    In answer to paragraph 94, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

95.    In answer to paragraph 95, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

96.    In answer to paragraph 96, the Individual Defendants admit that Plaintiff was placed on paid administrative time-off on or about February 25, 2022. The Individual Defendants further admit that Leyla Najmi was an HCD employee in the Human Resources Department. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law.

28

The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

97. In answer to paragraph 97, to the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

98. In answer to paragraph 98, the Individual Defendants admit that Plaintiff's conduct was investigated by HCD. The Individual Defendants further admit that Lisa Comer was an HCD employee. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

99. In answer to paragraph 99, the Individual Defendants admit that Plaintiff was rejected during probation by HCD and is no longer employed by HCD. The Individual Defendants further admit that Leyla Najmi was an HCD employee in the Human Resources Department. To the extent that this paragraph characterizes a document and/or documents, the Individual Defendants respond that said document and/or documents speak for themselves. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff.

The Individual Defendants further deny that they violated any applicable law. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## CAUSES OF ACTION

### Count I—31 U.S.C. § 3729(a)(1)(A)

### (Against Non-Individual Defendants)

100.    In answer to paragraph 100, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

101.    In answer to paragraph 101, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

102.    In answer to paragraph 102, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and

denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

103.     In answer to paragraph 103, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

104.     In answer to paragraph 104, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

105.     In answer to paragraph 105, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining

31

statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

<b>Count II—31 U.S.C. § 3729(a)(1)(B)</b>

<b>(Against Non-Individual Defendants)</b>

106. In answer to paragraph 106, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

107. In answer to paragraph 107, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

108. In answer to paragraph 108, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and

denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

109.    In answer to paragraph 109, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

110.    In answer to paragraph 110, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

111.    In answer to paragraph 111, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining

33

statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## Count III—31 U.S.C. § 3729(a)(1)(C)

### (Against Non-Individual Defendants)

112.    In answer to paragraph 112, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

113.    In answer to paragraph 113, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

114.    In answer to paragraph 114, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and

denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

115.    In answer to paragraph 115, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

116.    In answer to paragraph 116, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

117.    In answer to paragraph 117, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining

35

statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

**Count IV—31 U.S.C. § 3729(a)(1)(G)**

**(Against Non-Individual Defendants)**

118.    In answer to paragraph 118, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

119.    In answer to paragraph 119, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

120.    In answer to paragraph 120, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and

denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

121. In answer to paragraph 121, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

122. In answer to paragraph 122, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

123. In answer to paragraph 123, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining

37

statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## Count V—42 U.S.C. § 1983 for Damages

### (Against Individual Defendants)

124.    In answer to paragraph 124, the Individual Defendants incorporate and reallege their previous admissions and denials.

125.    In answer to paragraph 125, the Individual Defendants admit they are named defendants in this action. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

126.    In answer to paragraph 126, the can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

127.    In answer to paragraph 127, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

128.   In answer to paragraph 128, the Individual Defendants admit that Plaintiff was placed on administrative time-off and subsequently rejected during probation in 2022. The Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

129.   In answer to paragraph 129, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

130.   In answer to paragraph 130, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the

affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

131.    In answer to paragraph 131, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## Count VI—42 U.S.C. § 1983 for Injunctive Relief

### (Against Individual Defendants)

132.    In answer to paragraph 132, the Individual Defendants incorporate and reallege their previous admissions and denials.

133.    In answer to paragraph 133, the Individual Defendants admit they are named defendants in this action. The Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

134.    In answer to paragraph 134, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim

40

against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

135.    In answer to paragraph 135, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

### Count IV—Negligence

### (Against Non-Individual Defendants)

136.    In answer to paragraph 136, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

137.    In answer to paragraph 137, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no

41

response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

138.    In answer to paragraph 138, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

139.    In answer to paragraph 139, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

140.    In answer to paragraph 140, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed

42

necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

141.    In answer to paragraph 141, the Individual Defendants respond that this cause of action and the associated allegations are not directed or alleged against them and, as such, no response is required from the Individual Defendants. However, to the extent a response is deemed necessary, the Individual Defendants incorporate and reallege their previous admissions and denials. In addition, the Individual Defendants can neither admit nor deny the remaining statements in this paragraph because they are conclusions of law and not statements of fact. Further, the Individual Defendants assert that they have insufficient information and knowledge to admit or deny the allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## PLAINTIFF'S PRAYER FOR RELIEF

142.    In answer to paragraph A of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

143.    In answer to paragraph B of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

144.    In answer to paragraph C of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

145.    In answer to paragraph D of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign

44

and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

146.    In answer to paragraph E of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

147.    In answer to paragraph F of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

148.    In answer to paragraph G of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

149.    In answer to paragraph H of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

150.    In answer to paragraph I of Plaintiff's Prayer for Relief, the Individual Defendants can neither admit nor deny the statements in this paragraph because they are conclusions of law and not statements of fact. The Individual Defendants further deny that their acts and/or omissions in any way violated Plaintiff's rights or caused harm to Plaintiff. The Individual Defendants also deny that they violated any applicable law. The Individual Defendants deny that Plaintiff stated a valid claim against them and deny jurisdiction based on sovereign and/or

46

qualified immunity and the affirmative defenses asserted herein. The Individual Defendants deny that Plaintiff is entitled to relief as prayed for in this paragraph and/or the SAC generally. The Individual Defendants have insufficient information and knowledge to admit or deny the remaining allegations in this paragraph and, on that basis, deny the remaining allegations contained therein.

## AFFIRMATIVE DEFENSES

AS SEPARATE AND AFFIRMATIVE DEFENSES, the Individual Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

151.   The Individual Defendants are not subject to private suit pursuant to sovereign immunity under the Eleventh Amendment of the U.S. Constitution.

### SECOND AFFIRMATIVE DEFENSE

152.   Plaintiff cannot state a cause of action, including, but not limited to, because Plaintiff did not engage in protected speech.

### THIRD AFFIRMATIVE DEFENSE

153.   The Individual Defendants cannot be sued pursuant to the immunities provided to the Individual Defendants under—amongst other statutes, codes, and/or law—California Government Code sections 815, 815.2, 815.3, 815.4, 818, 818.2, 818.4, 818.8, 820, 820.2, 820.4, 820.8, 821, 821.2, 821.6, and/or 822.2.

### FOURTH AFFIRMATIVE DEFENSE

154.   The SAC, and each and every cause of action stated therein, fails to allege facts sufficient to constitute a cause of action against the Individual Defendants.

### FIFTH AFFIRMATIVE DEFENSE

155.   The SAC, and each and every cause of action stated therein, fails to allege facts sufficient to entitle Plaintiff to the relief requested therein.

### SIXTH AFFIRMATIVE DEFENSE

156.   The SAC is uncertain, vague, and ambiguous, as well as improperly pleads evidentiary facts and conclusions of law.

47

## SEVENTH AFFIRMATIVE DEFENSE

157. The SAC, and each and every cause of action stated therein, is barred, in whole or in part, and the Court lacks jurisdiction over this matter, in whole or in part, because Plaintiff failed to exhaust the applicable administrative and judicial remedies as provided under the law.

## EIGHTH AFFIRMATIVE DEFENSE

158. The SAC, and each and every cause of action stated therein is barred, in whole or in part, and the Court lacks jurisdiction over this matter, in whole or in part, to the extent Plaintiff failed to timely exhaust the applicable administrative and judicial remedies as provided under the law, including, but not limited to, timely and properly filing a claim with the Equal Employment Opportunity Commission, the California Civil Rights Department, State Personnel Board, and/or the Department of General Services, Government Claims Program.

## NINTH AFFIRMATIVE DEFENSE

159. The SAC, and each and every cause of action stated therein, is barred to the extent that the facts or legal theories alleged by Plaintiff exceed the scope of the administrative claim(s) filed by her—including, but not limited to, those allegedly filed with the Equal Employment Opportunity Commission, the California Civil Rights Department, State Personnel Board, and/or the Department of General Services, Government Claims Program.

## TENTH AFFIRMATIVE DEFENSE

160. The SAC is barred because, at all relevant times, the Individual Defendants' actions were taken in the legitimate exercise of official discretion for non-discriminatory and non-retaliatory reasons. Any and all conduct by the Individual Defendants about which Plaintiff complains was justified under the circumstances as having been a function of reasonable and lawful decisions and judgment. At all times, the Individual Defendants acted within the scope of their discretion, in good faith, for legitimate business reasons, with due care and without malice, and pursuant to applicable policies, procedures, regulations, and/or law. The Individual Defendants are, therefore, not liable for any injury or damages.

## ELEVENTH AFFIRMATIVE DEFENSE

161.   The SAC, and each and every cause of action stated therein, is barred by the applicable statute(s) of limitations including, but not limited to, the provisions of California Code of Civil Procedure sections 335.1, 338, 339, 340, 342, and/or 343; California Government Code sections 911.2, 945.6, 945.8, 950.2, and/or 19815.8; 28 U.S. Code section 1658; 42 U.S. Code 1983; and/or all other statutes of limitations applicable to Plaintiff's claims, whether statutory or by common law.

### TWELFTH AFFIRMATIVE DEFENSE

162.   The SAC is barred by the provisions of California Government Code sections 911.2, 911.4, 945.4, 946.6, 950.2, and/or 950.6 to the extent that Plaintiff failed to file a claim within six (6) months of the accrual of the alleged causes of action and, thereafter, failed to make a written application for permission to present a late claim.

### THIRTEENTH AFFIRMATIVE DEFENSE

163.   To the extent applicable, the SAC, and each and every cause of action alleged therein, is barred, in whole or in part, because the actions complained of were justified and privileged under, but not limited to, California Civil Code section 47, et seq.

### FOURTEENTH AFFIRMATIVE DEFENSE

164.   The SAC, and each and every cause of action stated therein, is barred, in whole or in part because Plaintiff's claims must be reduced or denied under the doctrine of after-acquired evidence.

### FIFTEENTH AFFIRMATIVE DEFENSE

165.   The SAC, and each and every cause of action stated therein, is barred because—at all times relevant—the Individual Defendants' actions were taken in the legitimate exercise of their official and managerial discretion based on non-retaliatory reasons. Any and all conduct by the Individual Defendants about which Plaintiff complains was justified under the circumstances as having been a function of reasonable business decisions and judgment. The Individual Defendants are, therefore, not liable for any injury or damages, if any.

///

///

49

## SIXTEENTH AFFIRMATIVE DEFENSE

166.    Plaintiff unreasonably failed to take advantage of any preventative or corrective measures provided by HCD, the Individual Defendants, and/or other third parties or to otherwise avoid the alleged harm.

## SEVENTEENTH AFFIRMATIVE DEFENSE

167.    The SAC is barred because the Individual Defendants were not aware of any wrongful conduct and had no reason to be aware of any wrongful conduct, if any.

## EIGHTEENTH AFFIRMATIVE DEFENSE

168.    To the extent the Individual Defendants were aware of wrongful conduct against Plaintiff, if any, the Individual Defendants exercised reasonable care to promptly prevent and/or correct said wrongful conduct.

## NINETEENTH AFFIRMATIVE DEFENSE

169.    Plaintiff's claims for damages are barred to the extent that she has failed to mitigate her damages, if any, and/or because her damages are speculative.

## TWENTIETH AFFIRMATIVE DEFENSE

170.    If Plaintiff is entitled to any recovery, such recovery must be reduced under the doctrine of comparative fault.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

171.    If Plaintiff is entitled to any recovery, the Individual Defendants are entitled to set off any prior recoveries, compensation, and/or benefits Plaintiff has received in connection with the injuries or claims identified in this case and/or any collateral sources including, but not limited to, having Plaintiff's recovery reduced as provided in California Government Code section 985.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

172.    The SAC, and each and every cause of action stated therein, is barred by the doctrines of estoppel, accord and satisfaction, settlement of claims, laches, unclean hands, and/or waiver.

///

///

50

## TWENTY-THIRD AFFIRMATIVE DEFENSE

173.    To the extent Plaintiff has previously raised any of the claims contained in the SAC in a judicial or quasi-judicial forum, and such issues were adjudicated, these claims are now barred by res judicata and/or collateral estoppel.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

174.    Plaintiff has suffered no actual injury as a result of the Individual Defendants' conduct.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

175.    If any wrongful activity occurred, or if Plaintiff suffered any injury or damages, it was caused by other parties or persons over whom the Individual Defendants have no control.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

176.    The Individual Defendants have not deprived Plaintiff of any right guaranteed by law.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

177.    No affirmative relief is warranted because any and all occurrences of which Plaintiff complains, if any, were due to reasons other than discrimination, harassment, retaliation, and/or any other impermissible basis.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

178.    The SAC, and each cause of action alleged therein, for equitable relief is barred because Plaintiff has an adequate remedy at law and there is no danger of irreparable harm.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

179.    If the trier of fact determines that an improper motive was a substantial motivating factor in any or all of the challenged employment actions, the Individual Defendants contend that the same employment actions would have been, and were, taken for proper motives, regardless of any alleged improper motive.

## THIRTHIETH AFFIRMATIVE DEFENSE

180.    At all times relevant to the SAC, HCD, the Individual Defendants, and/or other third parties were responsible for and did maintain training, policies, and procedures prohibiting

51

discrimination, harassment, and/or retaliation in the workplace in conformance with applicable law and, to the extent applicable, Plaintiff failed to make use of these policies and procedures. Plaintiff's failure to utilize these policies and procedures acts as an implicit and/or explicit waiver, estoppel, and bar to this action.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

181.    The employment actions against Plaintiff occurred for legitimate reasons independent of any protected speech Plaintiff engaged in.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

182.    The Individual Defendants are not liable for any act or omission of any other person, whether vicariously by way of respondeat superior, agency, or otherwise.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

183.    Plaintiff's claims for damages are barred by the doctrine of avoidable consequences.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

184.    Plaintiff has failed to allege and/or has not stated facts sufficient to show an affirmative causal link between the Individual Defendants' actions and/or omissions and the alleged violation of Plaintiff's rights.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

185.    The Individual Defendants exercised due care and acted properly in the execution and enforcement of the applicable law.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

186.    Plaintiff's alleged damages, if any there be, were not caused by any acts or omissions of the Individual Defendants, but rather by Plaintiff's breach of her duties as an HCD employee.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

187.    To the extent that the SAC herein attempts to predicate liability upon any public entity Defendant or any agent or employee thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, liability is barred by: Government

52

Code sections 815.2 and 820.2 and established California law; by the lack of any duty running to Plaintiff; by the fact that any such purported act and/or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and/or by the failure of any such acts and/or omissions to be the proximate cause of any injury alleged in the SAC.

<strong>THIRTY-EIGHTH AFFIRMATIVE DEFENSE</strong>

188.   The SAC is, and each and every cause of action alleged therein are, not ripe for judicial determination.

<strong>THIRTY-NINTH AFFIRMATIVE DEFENSE</strong>

189.   The SAC is, and each and every cause of action alleged therein are, moot and, therefore, not appropriate for judicial determination.

<strong>FORTIETH AFFIRMATIVE DEFENSE</strong>

190.   Plaintiff lacks standing to assert the SAC, and each cause of action alleged therein, because Plaintiff cannot show she suffered an injury in fact.

<strong>FORTY-FIRST AFFIRMATIVE DEFENSE</strong>

191.   The SAC, and each cause of action alleged therein, for equitable relief is barred by the doctrine of impossibility.

<strong>FORTY-SECOND AFFIRMATIVE DEFENSE</strong>

192.   The modifications demanded by the SAC are not readily achievable.

<strong>FORTY-THIRD AFFIRMATIVE DEFENSE</strong>

193.   The relief demanded by Plaintiff in the SAC would impose an undue burden on the Individual Defendants and/or third parties not subject to this suit.

<strong>FORTY-FOURTH AFFIRMATIVE DEFENSE</strong>

194.   The SAC, and each and every cause of action alleged therein, is barred because the Individual Defendants fully performed any and all contractual, statutory, and/or other duties owed to Plaintiff under applicable law.

///

///

///

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

195. The SAC, and each and every cause of action alleged therein, is barred because the Individual Defendants have complied with all applicable laws, regulations, and code requirements.

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

196. The Individual Defendants are entitled to qualified immunity.

**FORTY-SEVENTH AFFIRMATIVE DEFENSE**

197. The SAC is barred, in whole or in part, because the Individual Defendants, HCD, and/or other third parties' actions were job-related and consistent with a business necessity.

**FORTY-EIGTH AFFIRMATIVE DEFENSE**

198. The SAC is barred, in whole or in part, because the Individual Defendants, HCD, and/or other third parties' actions were undertaken to prevent a direct threat to Plaintiff's coworkers and/or the public.

**FORTY-NINTH AFFIRMATIVE DEFENSE**

199. The SAC, and each and every cause of action stated therein, is barred because—if Plaintiff was harmed—she was harmed by actions and/or inactions of third parties over whom the Individual Defendants have no control.

**FIFTIETH AFFIRMATIVE DEFENSE**

200. The SAC is barred, in whole or in part, because Individual Defendants' actions were undertaken to comply with state and/or federal law and/or regulations.

**FIFTY-FIRST AFFIRMATIVE DEFENSE**

201. The SAC is barred, in whole or in part, because Plaintiff waived her right to pursue the claims asserted.

**FIFTY-SECOND AFFIRMATIVE DEFENSE**

202. The SAC is barred, in whole or in part, because the Individual Defendants, HCD, and/or other third parties lawfully made all of their employment decisions with respect to the Plaintiff based on reasonable, nondiscriminatory factors unrelated to the Plaintiff's alleged protected activity.

54

**FIFTY-THIRD AFFIRMATIVE DEFENSE**

203.    The SAC is barred, in whole or in part, because the Individual Defendants have acted reasonably and in good faith toward Plaintiff. The Individual Defendants' actions were not malicious, oppressive, fraudulent, willful, reckless, or in conscious disregard of Plaintiff's rights, and the Individual Defendants at all times acted in compliance with the law.

**FIFTY-FOURTH AFFIRMATIVE DEFENSE**

204.    Plaintiff's claims must be denied because Plaintiff's actions and/or inactions could pose and/or posed a direct threat to the safety of the Individual Defendants, HCD employees, and/or the public.

**FIFTY-FIFTH AFFIRMATIVE DEFENSE**

205.    The SAC is barred, in whole or in part, by Plaintiff's failure to satisfy the procedural prerequisites to suit.

**FIFTY-SIXTH AFFIRMATIVE DEFENSE**

206.    The Individual Defendants' actions were justified and necessary as Plaintiff had demonstrated that she was unfit for public service by failing to adhere to state law and the California Constitution, with regard to privacy, among additional performance deficiencies.

**FIFTY-SEVENTH AFFIRMATIVE DEFENSE**

207.    The SAC, and each and every cause of action stated therein, is barred because Plaintiff approved, authorized, consented to, and/or ratified the Individual Defendants' alleged conduct.

**FIFTY-EIGHTH AFFIRMATIVE DEFENSE**

208.    The SAC, and each and every cause of action stated therein, is barred because the Individual Defendants' conduct was justified because it substantively furthered one or more countervailing interests.

**FIFTY-NINTH AFFIRMATIVE DEFENSE**

209.    The Individual Defendants reserve the right to amend this answer to assert additional defenses and/or supplement, alter, and/or change this answer as may be warranted by the revelation of information during discovery and investigation.

55

**INDIVIDUAL DEFENDANTS' PRAYER FOR RELIEF**

ACCORDINGLY, the Individual Defendants request:

1. A trial by jury;

2. That no monetary relief be issued in favor of Plaintiff;

3. That no injunctive or declaratory relief be issued in favor of Plaintiff;

4. That Plaintiff take nothing by the SAC;

5. That judgment be entered in favor of the Individual Defendants and against Plaintiff;

6. That Plaintiff not be awarded costs of suit and/or attorney fees;

7. That Plaintiff not be awarded any statutory fees;

8. That the Individual Defendants be awarded costs of suit and their attorneys' fees incurred herein; and/or

9. That the Individual Defendants be awarded such other and further relief as may be just and proper.

Dated: February 13, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

/s/ Ariel Vento

ARIEL VENTO
Deputy Attorney General
*Attorneys for Defendants Geoffrey Ross, Lorrie Blevins, and Sandra Gallagher (collectively "Individual Defendants")*

# CERTIFICATE OF SERVICE

Case Name:   **USA, ex rel. Heather Widen v.**        No.   **2:22-cv-01893-JAM-AC**
             **Horne International, Inc., et al.**

I hereby certify that on <u>February 13, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS GEOFFREY ROSS, LORRIE BLEVINS, AND SANDRA GALLAGHER'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>February 13, 2026</u>, at Oakland, California.

| Shontane Adams | |
| --- | --- |
| Declarant | Signature |

OK2025900520
92087336.docx