William P. Donovan, Jr. (SBN 155881)
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Tel:  (213) 808-5767
Fax: 213-808-5760
bill.donovan@dechert.com

D. Brett Kohlhofer (*pro hac vice* pending)
**DECHERT LLP**
1900 K Street, N.W.
Washington, D.C. 20006
Tel: 202-261-3300
Fax: 202-261-3333
d.brett.kohlhofer@dechert.com

Theodore E. Yale (*pro hac vice* forthcoming)
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax:  (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant BDO GOVERNMENT
SERVICES, LLC f/k/a HORNE LLP*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| UNITED STATES of AMERICA, *ex rel*. HEATHER WIDEN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP, *et al.*,<br><br>                    Defendants. | Case No. 2:22-CV-1893-JAM-AC<br><br>**DEFENDANT BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP'S NOTICE REGARDING ITS SUBMISSION OF COPIES OF JUDICIALLY NOTICABLE RECORDS CENTRAL TO THE SECOND AMENDED COMPLAINT**<br><br>Second Amended Complaint Filed: December 11, 2025<br><br>  Date:  March 24, 2026<br>  Time: 1 P.M.<br>  Judge: Hon. John A. Mendez<br>  Courtroom: 6, 14th Floor |

DEFENDANT'S NOTICE RE JUDICIALLY NOTICEABLE RECORDS                    2:22-CV-1893-JAM-AC

**DEFENDANT BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP NOTICE REGARDING ITS SUBMISSION OF COURTESY COPIES OF JUDICIALLY NOTICEABLE RECORDS CENTRAL TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant BDO Government Services, LLC ("Defendant") f/k/a Horne LLP ( "Horne") hereby gives notice that it has attached, for the Court's convenience, documents that Plaintiff cites, summarizes and/or quotes from, and relies upon for her FCA theories, but did not attach to the Second Amended Complaint ("SAC"): (1) a document the SAC refers to as Horne's "amended contract with [the Department of Housing and Community Development]," SAC ¶¶ 39-41 & n.10 (**Ex. A**); and (2) documents the SAC describes as "final grant terms" from the Department of Treasury ("Treasury"), *id.* ¶¶ 29, 31 (**Exs. B & C**).[1]

*The SAC incorporates Exhibits A–C by reference because it summarizes and/or quotes from them, and directly and substantively relies on their contents, when articulating the bases for Plaintiff's FCA theories*. *Id.* ¶¶ 39-41 (amended contract); *id.* ¶¶ 29, 31 (Treasury Terms). Specifically, the SAC identifies Exhibit A as the amended contract between Horne and California, which serves as the basis for its assertion that Horne assumed certain contractual duties to prevent fraud committed by individuals applying to Horne for California's allocation of federal pandemic relief funds, *id.* ¶¶ 47, 69, and the SAC's claim that Horne had a duty to "recapture" funds paid to ineligible applicants (for its "reverse" FCA theory), *id.* ¶ 46. Similarly the SAC identifies Exhibits B-C as the terms and conditions from the Treasury pursuant to which Plaintiff contends state grantees assumed duties regarding the prevention of fraud by individuals applying for federal pandemic relief funds. *Id.* ¶¶ 29-31. Even in the context of a Rule 12(b)(6) motion, courts consider documents relied on by, but not attached to, the complaint "incorporate[ed]-by-reference" because doing so "prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Napear v. Bonneville Int'l Corp.*, 669 F. Supp. 3d 948, 957 (E.D. Cal. 2023); *see, e.g.*, *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998); *Wietschner v. Monterey Pasta Co.*, 294 F. Supp. 2d 1102, 1108-09 (N.D. Cal. 2003); *In re Silicon Graphics, Inc. Sec. Litig.*, 970 F. Supp. 746, 751-52, 758-59 (N.D. Cal. 1997).

*Exhibits A-C are also judicially noticeable under Fed. R. Evid. 201(b)(2). See Napear*, 669 F. Supp. 3d at 957-58 ("The court 'must take judicial notice if a party requests it and the court is supplied with the necessary information.'" (quoting Fed. R. Evid. 201(c)(2)). Exhibit A, which is available online, is the

---

[1] The exhibits are attached as exhibits to the accompanying Declaration of William P. Donovan, Jr.

document hyperlinked to the SAC at footnote 10. Similarly, Exhibits B and C are official records from the Treasury, accessible online, which Plaintiff has cited to and summarized in the SAC. Each of these exhibits is, therefore, "capable of ready and accurate determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see Cachil Dehe Band of Wintum Indians of the Colusa Indian Comm'ty v. Cal.*, 547 F.3d 962, 968-69 n.4 (9th Cir. 2008) (judicial notice taken of compacts on state commission website); *Moore v. Verizon Commc'ns, Inc.,* 2010 WL 3619877, at *3 (N.D. Cal. 2010) (judicial notice taken of federal agency records on agency website); *Lane v. Wells Fargo Bank N.A.*, 2013 WL 269133, at *2 (N.D. Cal. 2013) (same).

Dated: February 13, 2026

Respectfully submitted,

**Dechert LLP**

By:    */s/ William P. Donovan, Jr.*

William P. Donovan, Jr. (SBN 155881)
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Tel:  (213) 808-5767
Fax: 213-808-5760
bill.donovan@dechert.com

D. Brett Kohlhofer (*pro hac vice* pending)
**DECHERT LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
d.brett.kohlhofer@dechert.com

Theodore E. Yale (*pro hac vice* forthcoming)
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax:  (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP*

DEFENDANT'S NOTICE RE JUDICIALLY NOTICEABLE RECORDS                    2:22-CV-1893-JAM-AC