William P. Donovan, Jr. (SBN 155881)
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Tel:  (213) 808-5767
Fax: 213-808-5760
bill.donovan@dechert.com

D. Brett Kohlhofer (*pro hac vice* pending)
**DECHERT LLP**
1900 K Street, N.W.
Washington, D.C. 20006
Tel: 202-261-3300
Fax: 202-261-3333
d.brett.kohlhofer@dechert.com

Theodore E. Yale (*pro hac vice* forthcoming)
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax:  (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant BDO GOVERNMENT
SERVICES, LLC f/k/a HORNE LLP*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel*. HEATHER WIDEN,<br><br>Plaintiff,<br><br>vs.<br><br>BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP, *et al.*,<br><br>Defendants. | Case No. 2:22-CV-1893-JAM-AC<br><br>**DECLARATION OF WILLIAM P. DONOVAN, JR. IN SUPPORT OF DEFENDANT BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Second Amended Complaint Filed: December 11, 2025<br><br>Date:  March 24, 2026<br>Time: 1:00 P.M.<br>Judge: Hon. John A. Mendez<br>Courtroom 6, 14th Floor |

DECLARATION OF WILLIAM P. DONOVAN, JR. ISO MOTION TO DISMISS SAC          2:22-CV-1893-JAM-AC

**DECLARATION OF WILLIAM P. DONOVAN, JR. IN SUPPORT OF
DEFENDANT BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP'S
MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, William P. Donovan, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice in the Eastern District of California. I am a partner at the law firm Dechert LLP, counsel of record for Defendant BDO Government Services, LLC ("Defendant") f/k/a Horne LLP ("Horne") in the above-captioned case. I make this declaration in support of Defendant's Motion to Dismiss the Second Amended Complaint ("SAC"). I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto:

2. Attached hereto as **Exhibit A** is a true and correct copy of the document referred to in the SAC as Horne's "amended contract with [the Department of Housing and Community Development]," SAC ¶¶ 39-41 & n.10. Exhibit A is taken directly from the hyperlink contained in footnote 10 of the SAC.

3. Attached hereto as **Exhibit B** is a true and correct copy of the U.S. Department of the Treasury Terms and Conditions for the Emergency Rental Assistance Program Round 1, revised March 26, 2021, cited in SAC ¶ 29. This document is publicly available on the U.S. Department of the Treasury website at https://home.treasury.gov/system/files/136/Emergency-rental-assistance-terms-FINAL.pdf.

4. Attached hereto as **Exhibit C** is a true and correct copy of the U.S. Department of the Treasury Terms and Conditions for the Emergency Rental Assistance Program Round 2, dated May 7, 2021, cited in SAC ¶ 31. This document is publicly available on the U.S. Department of the Treasury website at https://home.treasury.gov/system/files/136/ERA2_Grantee_Award_Terms_572021.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of February, 2025 in Los Angeles, California.


By:    */s/ William P. Donovan, Jr.*
William P. Donovan, Jr. (SBN 155881)
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Tel:  (213) 808-5767
Fax: 213-808-5760
bill.donovan@dechert.com

-2-