# EXHIBIT B

U.S. DEPARTMENT OF THE TREASURY
EMERGENCY RENTAL ASSISTANCE

March 26, 2021

Effective as of the date hereof, the award terms accepted by Recipient as a condition to the receipt of payment from Treasury pursuant to section 501 of Subdivision N of the Consolidated Appropriations Act, 2021, Pub. L. No. 116-260 (Dec. 27, 2020) are amended as follows:

Section 3 is amended by replacing "December 31, 2021" with "September 30, 2022".

Section 4 is deleted in its entirety and replaced with the following:

4.  <u>Administrative costs</u>.

    a.  Recipient may use funds provided to the Recipient to cover both direct and indirect costs.

    b.  The total of all administrative costs, whether direct or indirect costs, may not exceed 10 percent of the total amount of the total award.

Attached hereto are the award terms restated to reflect this amendment.

U.S. DEPARTMENT OF THE TREASURY
EMERGENCY RENTAL ASSISTANCE

1.  Use of Funds.  Recipient understands and agrees that the funds disbursed under this award may only be used for the purposes set forth in Section 501 of Division N of the Consolidated Appropriations Act, 2021, Pub. L. No. 116-260 (Dec. 27, 2020) (referred to herein as "Section 501").

2.  Repayment and reallocation of funds.

    a.  Recipient agrees to repay excess funds to Treasury in the amount as may be determined by Treasury pursuant to Section 501(d).  Such repayment shall be made in the manner and by the date, which shall be no sooner than September 30, 2021, as may be set by Treasury.

    b.  The reallocation of funds provided by Section 501(d) shall be determined by Treasury and shall be subject to the availability of funds at such time.

3.  Availability of funds.

    a.  Recipient acknowledges that, pursuant to Section 501(e), funds provided under this award shall remain available only through September 30, 2022, unless, in the case of a reallocation made by Treasury pursuant to section 501(d), Recipient requests and receives from Treasury an extension of up to 90 days.

    b.  Any such requests for extension shall be provided in the form and shall include such information as Treasury may require.

    c.  Amounts not expended by Recipient in accordance with Section 501 shall be repaid to Treasury in the manner specified by Treasury.

4.  Administrative costs.

    a.  Recipient may use funds provided to the Recipient to cover both direct and indirect costs.

    b.  The total of all administrative costs, whether direct or indirect costs, may not exceed 10 percent of the total amount of the total award.

5.  Reporting.

    a.  Recipient agrees to comply with any reporting obligations established by Treasury, including the Treasury Office of Inspector General, as relates to this award, including but not limited to: (i) reporting of information to be used by Treasury to comply with its public reporting obligations under section 501(g) and (ii) any reporting to Treasury and the Pandemic Response Accountability Committee that may be required pursuant to section 15011(b)(2) of  Division B of the Coronavirus Aid, Relief, and Economic Security Act (Pub. L. No. 116-136), as amended by Section 801 of Division O of the Consolidated Appropriations Act, 2021 (Pub. L. No. 116-260).  Recipient acknowledges that any such information required to be reported pursuant to this section may be publicly disclosed.

    b.  Recipient agrees to establish data privacy and security requirements as required by Section 501(g)(4).

2

6. <u>Maintenance of and Access to Records</u>
   a. Recipient shall maintain records and financial documents sufficient to support compliance with Section 501(c) regarding the eligible uses of funds.
   b. The Treasury Office of Inspector General and the Government Accountability Office, or their authorized representatives, shall have the right of access to records (electronic and otherwise) of Recipient in order to conduct audits or other investigations.
   c. Records shall be maintained by Recipient for a period of five (5) years after all funds have been expended or returned to Treasury.

7. <u>Cost Sharing</u>. Cost sharing or matching funds are not required to be provided by Recipient.

8. <u>Compliance with Applicable Law and Regulations</u>.
   a. Recipient agrees to comply with the requirements of Section 501 and Treasury interpretive guidance regarding such requirements. Recipient also agrees to comply with all other applicable federal statutes, regulations, and executive orders, and Recipient shall provide for such compliance in any agreements it enters into with other parties relating to this award.
   b. Federal regulations applicable to this award include, without limitation, the following:
      i. Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 200, other than such provisions as Treasury may determine are inapplicable to this Award and subject to such exceptions as may be otherwise provided by Treasury. Subpart F – Audit Requirements of the Uniform Guidance, implementing the Single Audit Act, shall apply to this award.
      ii. Universal Identifier and System for Award Management (SAM), 2 C.F.R. Part 25 and pursuant to which the award term set forth in Appendix A to 2 C.F.R. Part 25 is hereby incorporated by reference.
      iii. Reporting Subaward and Executive Compensation Information, 2 C.F.R. Part 170, pursuant to which the award term set forth in Appendix A to 2 C.F.R. Part 170 is hereby incorporated by  reference.
      iv. OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement), 2 C.F.R. Part 180 (including the requirement to include a term or condition in all lower tier covered transactions (contracts and subcontracts described in 2 C.F.R. Part 180, subpart B) that the award is subject to 2 C.F.R. Part 180 and Treasury's implementing regulation at 31 C.F.R. Part 19.
      v. Recipient Integrity and Performance Matters, pursuant to which the award term set forth in 2 C.F.R. Part 200, Appendix XII to Part 200 is hereby incorporated by reference.
      vi. Governmentwide Requirements for Drug-Free Workplace, 31 C.F.R. Part 20.
      vii. New Restrictions on Lobbying, 31 C.F.R. Part 21.

3

c. Statutes and regulations prohibiting discrimination applicable to this award, include, without limitation, the following:

    i. Title VI of the Civil Rights Act of 1964 (42 U.S.C. §§ 2000d et seq.) and Treasury's implementing regulations at 31 C.F.R. Part 22, which prohibit discrimination on the grounds of race, color, or national origin under programs or activities receiving federal financial assistance;

    ii. The Fair Housing Act, Title VIII-IX of the Civil Rights Act of 1968 (42 U.S.C. § 3601 et seq.), which prohibits discrimination in housing on the basis of race, color, national origin, sex, familial status, or disability;

    iii. Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. § 794), which prohibits discrimination on the basis of handicap under any program or activity receiving or benefitting from federal assistance;

    iv. The Age Discrimination Act of 1975, as amended (42 U.S.C. §§ 6101 et seq.) and Treasury's implementing regulations at 31 C.F.R. Part 23, which prohibit discrimination on the basis of age in programs or activities receiving federal financial assistance; and

    v. The Americans with Disabilities Act of 1990, as amended (42 U.S.C. §§ 12101 et seq.), which prohibits discrimination on the basis of disability under programs, activities, and services provided or made available by state and local governments or instrumentalities or agencies thereto.

9. <u>False Statements.</u> Recipient understands that false statements or claims made in connection with this award may result in fines, imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law.

10. <u>Publications</u>. Any publications produced with funds from this award must display the following language: "This project [is being] [was] supported, in whole or in part, by federal award number [enter project FAIN] awarded to [name of Recipient] by the U.S. Department of the Treasury."

11. <u>Debts Owed the Federal Government</u>.

a. Any funds paid to Recipient (1) in excess of the amount to which Recipient is finally determined to be authorized to retain under the terms of this award; (2) that are determined by the Treasury Office of Inspector General to have been misused; or (3) that are not repaid by Recipient as may be required by Treasury pursuant to Section 501(d) shall constitute a debt to the federal government.

b. Any debts determined to be owed the federal government must be paid promptly by Recipient. A debt is delinquent if it has not been paid by the date specified in Treasury's initial written demand for payment, unless other satisfactory arrangements have been made. Interest, penalties, and administrative charges shall be charged on delinquent debts in accordance with 31 U.S.C. § 3717 and 31 C.F.R. § 901.9. Treasury will refer any debt that is more than 180 days delinquent to Treasury's Bureau of the Fiscal Service for debt collection services.

c. Penalties on any debts shall accrue at a rate of not more than 6 percent per year or such other higher rate as authorized by law. Administrative charges, that is, the costs of processing and handling a delinquent debt, shall be determined by Treasury.

    d.  Funds for payment of a debt must not come from other federally sponsored programs.

12. <u>Disclaimer</u>.

    a.  The United States expressly disclaims any and all responsibility or liability to Recipient or third persons for the actions of Recipient or third persons resulting  in death, bodily injury, property damages, or any other losses resulting in any  way from the performance of this award or any other losses resulting in any way  from the performance of this award or any contract, or subcontract  under this award.

    b.  The acceptance of this award by Recipient does not in any way constitute an  agency relationship between the United States and Recipient.

13. <u>Protections for Whistleblowers</u>.

    a.  In accordance with 41 U.S.C. § 4712, Recipient may not discharge, demote, or otherwise discriminate against an employee as a reprisal for disclosing information to any of the list of persons or entities provided below that the employee reasonably believes is evidence of gross  mismanagement of a federal contract or grant, a gross waste of federal funds, an abuse  of authority relating to a federal contract or grant, a substantial and specific danger to   public health or safety, or a violation of law, rule, or regulation related to a federal contract (including the competition for or negotiation of a contract) or grant.

    b.  The list of persons and entities referenced in the paragraph above includes the following:

        i.  A member of Congress or a representative of a committee of Congress;

        ii.  An Inspector General;

        iii.  The Government Accountability Office;

        iv.  A Treasury employee responsible for contract or grant oversight or management;

        v.  An authorized official of the Department of Justice or other law enforcement agency;

        vi.  A court or grand jury; and/or

        vii.  A management official or other employee of Recipient, contractor, or subcontractor who has the responsibility to investigate,  discover, or address misconduct.

    c.  Recipient shall inform its employees in writing of the rights and remedies provided under this section, in the predominant native language of the workforce.

14. <u>Increasing Seat Belt Use in the United States</u>. Pursuant to Executive Order 13043, 62 FR 19217 (April 8, 1997), Recipient should and should encourage its contractors to adopt and enforce on-the-job seat belt policies and programs for their employees when operating company-owned, rented or personally owned vehicles<u>.</u>

15. <u>Reducing Text Messaging While Driving</u>.  Pursuant to Executive Order 13513, Recipient should encourage its employees, subrecipients, and contractors to adopt and enforce policies that ban text messaging while driving, and Recipient should establish workplace safety policies to decrease accidents caused by distracted drivers.