**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel*. HEATHER WIDEN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP, *et al.*,<br><br>                    Defendants. | Case No. 2:22-CV-1893-JAM-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BDO GOVERNMENT SERVICES LLC f/k/a HORNE LLP'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Having considered Defendant BDO Government Services, LLC f/k/a Horne LLP's Motion to Dismiss the Second Amended Complaint, all papers filed in support thereof and in opposition thereto, oral arguments of counsel, and all other pleadings and papers filed herein, for good cause appearing, IT IS HEREBY ORDERED that Defendant's Motion to is GRANTED.

Accordingly, Plaintiff's Second Amended Complaint is hereby DISMISSED WITH PREJUDICE with respect to Defendant BDO Government Services, LLC f/k/a Horne LLP.

IT IS SO ORDERED.

Dated: _____, 2026            _____
                                                    The Honorable John A. Mendez

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS SECOND
AMENDED COMPLAINT