

# United States District Court
# Eastern District of California

| United States of America, ex rel. Heather Widen, | Case Number: | 2:22-cv-01893-JAM-AC |

Plaintiff(s)

V.

| BDO Government Services, LLC f/k/a Horne LLP, Geoffrey Ross, Lorrie Blevins, Sandra Gallagher, and Does 1-20, |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Daniel Brett Kohlhofer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

BDO Government Services, LLC f/k/a Horne LLP

On _____10/06/2014_____ (date), I was admitted to practice and presently in good standing in the _____District of Columbia_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: _____02/13/2026_____        Signature of Applicant: /s/ Daniel Brett Kohlhofer

**Pro Hac Vice Attorney**

Applicant's Name:  Daniel Brett Kohlhofer

Law Firm Name:  Dechert LLP

Address:  1900 K Street, NW

City:  Washington    State:  D.C.    Zip:  20006

Phone Number w/Area Code:  (202) 261-3300

City and State of Residence:  Arlington, Virginia

Primary E-mail Address:  D.brett.kohlhofer@dechert.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  William P. Donovan, Jr.

Law Firm Name:  Dechert LLP

Address:  633 West 5th Street

Suite 4900

City:  Los Angeles    State:  CA    Zip:  90071

Phone Number w/Area Code:  (213) 808-5700    Bar #  155881

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2026

_____
JUDGE, U.S. DISTRICT COURT