

# United States District Court
# Eastern District of California

| United States, ex rel. Heather Widen | Case Number: | 2:22-cv-1893-JAM-AC |

Plaintiff(s)

V.

BDO Government Services, LLC f/k/a Horne, LLP et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Alec Jacob Berin _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff-Relator,  Heather Widen

On _____ 11/15/2019 _____ (date), I was admitted to practice and presently in good standing in the

_____ Supreme Court of Pennsylvania _____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____ 04/06/2026 _____         Signature of Applicant: /s/ Alec J. Berin _____

**Pro Hac Vice Attorney**

Applicant's Name: Alec Jacob Berin

Law Firm Name: Miller Shah LLP

Address: 1845 Walnut Street, Suite 806

City: Philadelphia   State: PA   Zip: 19103

Phone Number w/Area Code: (866) 540-5505

City and State of Residence: Philadelphia, Pennsylvania

Primary E-mail Address: ajberin@millershah.com

Secondary E-mail Address: pleadings@millershah.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James C. Shah

Law Firm Name: MILLER SHAH LLP

Address: 8730 Wilshire Boulevard, Suite 400

City: Los Angeles   State: CA   Zip: 90211

Phone Number w/Area Code: (866) 540-5505   Bar # 260435

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 08, 2026

JUDGE, U.S. DISTRICT COURT