# United States District Court
# Eastern District of California

United States, ex rel. Heather Widen

Plaintiff(s)

V.

BDO Government Services, LLC f/k/a Horne, LP et al.

Defendant(s)

Case Number: 2:22-cv-1893-JAM-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bruce D. Parke hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff-Relator, Heather Widen

On 10/21/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/06/2026 Signature of Applicant: /s/ Bruce D. Parke

**Pro Hac Vice Attorney**

Applicant's Name: Bruce D. Parke

Law Firm Name: Miller Shah LLP

Address: 1845 Walnut Street, Suite #1600

City: Philadelphia State: PA Zip: 19103

Phone Number w/Area Code: (866) 540-5505

City and State of Residence: Philadelphia, Pennsylvania

Primary E-mail Address: bdparke@millershah.com

Secondary E-mail Address: pleadings@millershah.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James C. Shah

Law Firm Name: Miller Shah LLP

Address: 8730 Wilshire Boulevard, Suite #400

City: Beverly Hills State: CA Zip: 90211

Phone Number w/Area Code: (866) 540-5505 Bar # 260435

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 06, 2026

JUDGE, U.S. DISTRICT COURT