**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HEATHER WIDEN,<br>Plaintiff,<br>vs.<br>BDO GOVERNMENT SERVICES, LLC f/k/a HORNE LLP, *et al.*,<br>Defendants. | **ORDER SUSTAINING PARTIAL OBJECTION AND AMENDING CASE SCHEDULE**<br><br>Case No. 2:22-CV-01893-JAM-AC |

After review of Relator Heather Widen and Defendant BDO Government Services, LLC f/k/a Horne LLP's Joint Partial Objection to the Pretrial Scheduling Order (ECF No. 75), IT IS HEREBY ORDERED that the Parties' objection is **SUSTAINED.**

It is further ORDERED that the Pretrial Scheduling Order For Plaintiff And Defendant Horne (ECF No. 73) is **ADOPTED** as the final order of the Court, except that disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(D)(ii) shall be made by **February 11, 2028.**

//

//

All other dates remain unchanged.

Dated: November 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE